1032

[Nos. 44709-2-I; 44876-5-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LALAYNIA LESTER, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 98-1-02864-1 and 98–1–02863–3, Harriett M. Cody, J., entered June 1, 1999. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 44312-7-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RADY H. MAH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04979-7, Charles W. Mertel, J., entered March 1, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44035-7-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES NICHOLS SLATE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01582-5, Joseph A. Thibodeau, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Coleman, J.

[No. 43396-2-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD A. HACKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00502-0, Richard J. Thorpe, J., entered September 16, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.